# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TANDEM COLE LEBLANC

NO. 2023 KW 0955

**NOVEMBER 6, 2023**

---

In Re:   Tandem Cole Leblanc, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 45244.

---

BEFORE:   **THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT GRANTED.** The district court abused its discretion excluding the surveillance video in question. See **State v. Rice**, 2017-0446 (La. 6/29/17), 222 So.3d 32 (*per curiam*). Accordingly, the ruling finding probable cause is vacated and this case is remanded for a reopened preliminary examination for the defense's presentation of the surveillance video. This court makes no finding as to the admissibility of the surveillance video at trial.

**AHP**

**HG**

**Theriot, J.**, dissents and would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT